**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodney Malcolm LARISCY,**
**Defendant–Appellant.**

**No. 12–14561**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 25, 2013.

I. Randall Gold, Robert E. O'Neill, Kathy Peluso, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee.

Rosemary Cakmis, Craig L. Crawford, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Alec Fitzgerald Hall, Federal Public Defender's Office, Tampa, FL, for Defendant-Appellant.

Before HULL, PRYOR and JORDAN, Circuit Judges.

500

PER CURIAM:

Craig L. Crawford, appointed counsel for Rodney Malcolm Lariscy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lariscy's conviction and sentence are **AFFIRMED.**